IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN MADDEN, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1509 (LPS) |
| | ) |
| ROTHY'S, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and among the parties to this action, through their undersigned counsel, that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), the above-captioned action (including without limitation all claims and counterclaims asserted in the action) be and hereby is dismissed in its entirety in accordance with the terms of the settlement agreement between the parties (the "Settlement Agreement"). All parties' claims and counterclaims are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. The Court retains exclusive jurisdiction to enforce the Settlement Agreement.

2

| | |
|---|---|
| MORRIS JAMES LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Kenneth L. Dorsney* | */s/ Brian P. Egan* |
| _____ | _____ |
| Kenneth L. Dorsney (#3726) | Jack B. Blumenfeld (#1014) |
| 500 Delaware Avenue, Suite 1500 | Brian P. Egan (#6227) |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 888-6800 | P.O. Box 1347 |
| kdorsney@morrisjames.com | Wilmington, DE 19899 |
| | (302) 658-9200 |
| *Attorneys for Plaintiff* | jblumenfeld@mnat.com |
| | began@mnat.com |
| January 20, 2021 | *Attorneys for Defendant* |

SO ORDERED this ____ day of January, 2021.

_____
United States District Judge